THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00259-MR-DLH

TANYA DIORIO,            )
                         )
         Plaintiff,      )
                         )
    vs.                  )          O R D E R
                         )
                         )
BRANCH BANKING AND TRUST CO., )
                         )
         Defendant.      )
_____)

**THIS MATTER** is before the Court on the mediator's report to the Court advising that this matter has been settled. [Doc. 21]. The Court will allow the parties thirty (30) days in which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: May 20, 2014

Martin Reidinger
United States District Judge